DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WINFREY

No. 100 PC.

Case below: 40 N.C. App. 266.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

TELEGRAPH CO. v. GRIFFIN

No. 92 PC.

Case below: 39 N.C. App. 721.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 May 1979.

WHEELER v. WHEELER

No. 76 PC.

No. 40 (Fall Term).

Case below: 40 N.C. App. 54.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 May 1979.

YOUNCE v. YOUNCE

No. 61 PC.

Case below: 39 N.C. App. 737.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 May 1979.